**Order entered September 26, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00898-CR

### JOHN ANTHONY MARGETIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 9**
**Dallas County, Texas**
**Trial Court Cause No. MB12-51720-K**

## ORDER

The Court **REINSTATES** the appeal.

On August 28, 2014, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant will represent himself on appeal; (3) Sandra Morelan is the court reporter who recorded the proceedings; (4) before September 24, 2014, there was on written request for the reporter's record; (5) Ms. Morelan had not filed the reporter's record because appellant had not paid for it; (5) the trial court has found appellant indigent for purposes of obtaining the reporter's record; (6) Ms. Morelan can file the record within thirty days of the September 25, 2014 findings.

We **ORDER** Sandra Morelan to file the complete reporter's record by **OCTOBER 30, 2014**.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to John Anthony Margetis, 1290 Eastgate Drive, Midlothian, Texas 75065.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sandra Morelan, official court reporter, County Criminal Court No. 9, and to the Dallas County District Attorney's Office.

/s/     ADA BROWN
JUSTICE